**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7377**

———————

CORNELIOUS ROBINSON,

Plaintiff - Appellant,

and

LATEEF AZEEM LUTALO; DONNIE R. MORGAN; JOHN F.
WEIKEL,

Plaintiffs,

versus

JAMES B. FRENCH; SHERWOOD B. MCCABE; DAUNA
BERTRUM; GEORGE L. JONES; JAMES E. STRICKLAND,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-98-401-5)

———————

Submitted: February 11, 1999        Decided: February 24, 1999

———————

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Cornelious Robinson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cornelious Robinson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1998). Robinson alleges deliberate indifference to his serious medical needs and denial of First Amendment rights to a religious diet. After reviewing the record and the district court's opinion, we conclude that Robinson fails to state a claim upon which relief may be granted and dismiss the appeal for that reason. Robinson fails to allege facts sufficient to demonstrate a constitutional violation. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED